UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MITCHELL KEITHER GOODRUM,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 2:22-cv-00064-GMN-EJY

**ORDER**

**I.    DISCUSSION**

On January 13, 2022, Plaintiff, an inmate in the custody of Nevada Department of Corrections, filed what appears to be a civil complaint. ECF No 1-2. Plaintiff has neither paid the filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file a civil action without prepaying the $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period**</u>. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

The Court grants Plaintiff a **<u>one-time</u>** extension to file a complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the $402 filing fee for this action on or before **March 14, 2022**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff is unable to file a complete application to

1

proceed *in forma pauperis* with all three required documents or pay the $402 filing fee on or before **March 14, 2022**, the Court will recommend dismissal of this case without prejudice allowing Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to acquire all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the filing fee of $402 on or before **March 14, 2022,** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-2), but the Court will not file the complaint unless and until Plaintiff timely files a complete application to proceed *in forma pauperis* with all three documents or pays the $402 filing fee.

**II.     ORDER**

Accordingly, and for the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 14, 2022**, Plaintiff will either pay the $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this Order, the Court will recommend this case be dismissed without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all the documents needed to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's civil rights complaint (ECF No. 1-2), but the Court will not file the complaint at this time.

Dated this 2nd day of February, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE